**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN HOLLOMAN,** | **:** | **CIVIL ACTION** |
| **Petitioner,** | **:** | |
| **v.** | **:** | |
| | **:** | |
| | **:** | **No. 12-0272** |
| | **:** | |
| **STEVEN A. GLUNT, et al.,** | **:** | |
| **Respondents.** | **:** | |

# O R D E R

**AND NOW**, this 7th day of November 2013, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. §2254 (Doc. No. 1) and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Doc. No. 11),[1] it is hereby **ORDERED** that:

1.  The Report and Recommendation is **APPROVED** and **ADOPTED**;

2.  The petition for a writ of habeas corpus is **DENIED**;

3.  The motion to stay the current proceedings is **DENIED** without prejudice; and

4. There is no basis for the issuance of a certificate of appealability.

> BY THE COURT:
>
> /s/Lawrence F. Stengel
> LAWRENCE F. STENGEL, J.

---

[1] No objections to this Report and Recommendation were filed.